### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARK S. LEWIS, ADC #650548                                                                         PLAINTIFF

v.                                        NO. 3:15CV00145 JLH/JTR

GERALD MCCLUNG,
State Trooper, et al.                                                                                    DEFENDANTS

## ORDER

Mark S. Lewis has not complied with the July 17, 2015 Order directing him to file a substituted complaint, and the time for do so has expired. Document #11. Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE