**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARK S. LEWIS, ADC #650548                                                                PLAINTIFF

v.                                      NO. 3:15CV00145 JLH/JTR

GERALD MCCLUNG,
State Trooper, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma* pauperis appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 28th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE