# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARK S. LEWIS, ADC #650548                                                                PLAINTIFF

v.                                    NO. 3:15CV00145 JLH/JTR

GERALD MCCLUNG,
State Trooper, et al.                                                                            DEFENDANTS

## ORDER

Mark Lewis has written a letter to the Court, which the Clerk has docketed as a motion for reconsideration. The motion is DENIED. Document #14.

IT IS SO ORDERED this 16th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE